THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISAAC MONHEIT and ABRAHAM TISSENBAUM, Appellants.

(Argued March 11, 1936; decided April 14, 1936.)

*Abraham S. Robinson, Meyer C. Solomon* and *Arthur G. Solomon* for appellants.

*William Copeland Dodge,* District Attorney (*Ambrose J. Delehanty* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.